IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no.: 3:98-cr-000298-001 |
| ) | |
| ROBERT FRAZIER VEREEN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INELIGIBILITY FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582 AND RETROACTIVE AMENDMENT 782, USSG

After reviewing Defendant Robert Frazier Vereen's ("Vereen") case, it appears he is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582, Sentencing Guidelines § 1B1.10, and Amendment 782.

1. On March 31, 1999, Vereen was convicted of Conspiracy to Possess with Intent to Distribute Cocaine, Cocaine Base, and Marijuana (21 U.S.C. §§ 841(a) and 846). At sentencing, the Court determined that, pursuant to USSG §2D1.1(d)(1), the Base Offense Level was to be governed by USSG §2A1.1, and therefore calculated it to be 43. The Total Offense Level was 40. Combined with a Criminal History Category of I, this produced a Guidelines range of 292 to 365 months. The Court imposed a sentence of 292 months' imprisonment.

2. Amendment 782 serves only to amend Base Offense Levels found in §§2D1.1 and 2D1.11. Because Vereen's Base Offense Level is found in §2A1.1, Amendment 782 does not change it.

3. Accordingly, Amendment 782 offers no relief to Vereen.

1

Respectfully submitted,

/s/Caleb H. Newman
Caleb H. Newman
Staff Attorney
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Telephone: (704) 374-0720
Fax: (704) 374-0722
Email: Caleb_Newman@fd.org
Attorney for Robert Frazier Vereen
North Carolina Bar Number 48276

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Amy Ray.

Amy Ray
United States Attorney's Office
227 West Trade Street
1700 Carillon
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 227-0254
Email: Amy_Ray@usdoj.gov

                              /s/Caleb H. Newman
                              Caleb H. Newman
                              Staff Attorney
                              Federal Defenders of Western North Carolina, Inc.
                              129 West Trade Street, Suite 300
                              Charlotte, North Carolina 28202
                              Telephone: (704) 374-0720
                              Fax: (704) 374-0722
                              Email: Caleb_Newman@fd.org
                              Attorney for Robert Frazier Vereen
                              North Carolina Bar Number 48276